**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| **LILLIAN PARKER** | * | |
| **Plaintiff** | * | |
| **v.** | * | **Case No: 1:10-CV-1073** |
| **OFFICER CALVIN MOSS, et al.** | * | |
| **Defendant** | * | |

* * * * * * * * * * * * * *

**RESPONSE TO DEFENDANTS' MOTION TO COMPEL MEDICAL EXAMINATIONS**

NOW COMES the plaintiff, Lillian Parker (hereinafter "Plaintiff") in response to the Defendants, Officer Calvin Moss and Officer Daniel Hersl (hereinafter "Defendants") Motion to Compel Independent Medical Examination:

1. That the Plaintiff has not and does not oppose an examination as requested; but would request that she be reasonably notified of such appointment, it be scheduled reasonably in both proximity and time and date, and that she be promptly provided the results of such examination so that she can afford herself with the opportunity to also note an expert on her behalf.

2. That the Parties have conferred regarding same and that there has been an agreement reached between counsel for the parties to grant such an examination and for both parties to jointly seek an extension of the present scheduling order.

3. That a joint request is anticipated to be filed contemporaneously with the filing of this response which should, if granted, fully resolve both parties concerns regarding the IME requested.

WHEREFORE, having fully responded, the Plaintiff seeks the following relief:

a) That the Motion to Compel be denied as moot since the Plaintiff will voluntarily attend any reasonably scheduled IME;

b) That the Plaintiff be provided timely the result of any determination by said IME; and

c) That the scheduling order be extended to accommodate the time required for the parties to complete such process; and

d) Such other and further relief as the nature of her cause requires.

Respectfully submitted,

/s/
Emanuel M. Levin
*Bar No: 00919*
10 North Calvert Street
Suite 522
Baltimore, Maryland 21202
Telephone: 410-727-4973

/s/
Timothy M. Dixon
Bar No.: 27096
10 North Calvert Street
Suite 522
Baltimore, Maryland 21202
Telephone: 410-744-6660
Attorneys for Plaintiff Lillian Parker

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of October, 2010 a true copy of the foregoing Response to Defendants' Motion to Compel Medical Examinations was filed in accordance with the Electronic Filing Requirements and Procedures as established by the United States District Court for the Northern District of Maryland a copy was served on Defendants via counsel, Lindsay Cooper, Schlachman, Belsky & Weiner, P.A., 300 East Baltimore Street, Suite 1100, Baltimore, Maryland 21202.

/s/
Emanuel M. Levin